UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Case No. 21-cv-01455-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff Timothy Doyle Young filed a complaint, the Clerk sent him a notice directing him to file an application to proceed *in forma pauperis* (IFP). Young has not complied with the Clerk's Notice, nor responded in any way. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Young may move to reopen. Any such motion must contain a complete application to proceed IFP, or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** May 19, 2021

_____
WILLIAM H. ORRICK
United States District Judge